# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Maurice Lamont Knight            Docket No. 5:00-CR-111-1BO

### Petition for Action on Supervised Release

COMES NOW Maurice J. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurice Lamont Knight, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and Distribution of Cocaine Base (Crack), 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 8, 2001, to the custody of the Bureau of Prisons for a term of 262 months. On May 28, 2004, pursuant to a Rule 35 Motion, his term of imprisonment was reduced to 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

Maurice Lamont Knight was released from custody on November 17, 2009, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On April 24, 2013, the defendant tested positive for cocaine. This is his second positive urinalysis in three months. The defendant is currently participating in substance abuse treatment and enrolled in the Surprise Urinalysis Program. In response to his continued drug use, the probation office is asking that the DROPS condition be added to address his current and any future positive drug results and that the defendant be ordered to serve a 5-day term of intermittent confinement. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of five days, as arranged by the U.S. Probation Office, and shall abide by all the rules and regulations of the designated facility.

Maurice Lamont Knight
Docket No. 5:00-CR-111-1BO
Petition For Action
Page 2

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS program in the third use level.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Maurice J. Foy<br>Maurice J. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: May 21, 2013 |

## ORDER OF COURT

Considered and ordered this ___ day of May, 2013, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge